THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>    Plaintiff,<br><br>v.<br><br>JOLENE APARTMENTS,<br><br>    Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-360-DBB<br><br>District Judge David Barlow |

Plaintiff has not responded to the March 8, 2022 order to within thirty days show cause why his case should not be dismissed for failing to file his certified six-month inmate account statement, as ordered. (ECF Nos. 3, 8.) Plaintiff was last heard from on September 3, 2021--more than eight months ago--when he filed a notice of e-filing. (ECF No. 7.) And, Plaintiff has not since updated his address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

**IT IS ORDERED** that, because Plaintiff has neither followed the Court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

DATED this 11th day of May, 2022.

BY THE COURT:

_____
JUDGE DAVID BARLOW
United States District Court